JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LESLIE STEPHENS,<br><br>Petitioner,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO,<br><br>Respondent. | Case No. ED CV 19-0225 DOC (RAO)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED: March 27, 2019

*[signature]*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE